### 47586. KILGORE et al. v. KENNESAW FINANCE COMPANY OF DOUGLASVILLE.

ARGUED OCTOBER 6, 1972— DECIDED FEBRUARY 7, 1973.

*M. David Harrison, H. Winthrop Pettigrew, John L. Cromartie, Jr., Bettye H. Kehrer,* for appellants.

*J. Clifford Johnson,* for appellee.

CLARK, Judge. This appeal is brought by defendants below enumerating error upon a judgment which sustained plaintiff's motion to dismiss their counterclaim. Although no dismissal motion was filed in this court by appellee, we are required to act *ex mero motu* when we lack jurisdiction. Code Ann. § 24-3619 (d). *Motels, Inc. v. Shadrick,* 96 Ga. App. 464 (100 SE2d 592).

Unless a judgment is final this court does not have the power to rule upon an appeal in the absence of a certificate from the trial judge stating that "such order, decision or judgment is of such importance to the case that immediate review should be had." Code Ann. § 6-701 (a). As a dismissal of a counterclaim is not a final order such dismissal judgment is not appealable in the absence of such immediate review certificate. *Cook v. Peeples,* 227 Ga. 473 (181 SE2d 375); *Melton v. Grider,* 119 Ga. App. 376 (166 SE2d 915). See also *Hood v. Akins,* 114 Ga. App.

733 (152 SE2d 704) and cits.

Of course, such prior non-appealable order may be used as an enumeration of error whenever an appeal is brought to this court from a final judgment.

*Appeal dismissed. Eberhardt, P. J., and Deen, J., concur.*